IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Paul C. Hopkins | : |
| | : |
| | :  Case No.: 17-16501 |
| | : |
| Debtor(s) | :  Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Motion to Avoid Lien filed on September 27, 2017.

Dated: November 7, 2017                /s/ Brad J. Sadek, Esquire
                                              Brad J. Sadek, Esquire
                                              Sadek and Cooper
                                              "The Philadelphia Building"
                                              1315 Walnut Street, #502
                                              Philadelphia, PA 19107
                                              215-545-0008