United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Paul C. Hopkins  
Paul C. Hopkins  
    Debtors

Case No. 17-16501-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Nov 15, 2017  
                         Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2017.
```
db             +Paul C. Hopkins,    MAILING ADDRESS:,   PO BOX 56030,    Philadelphia, PA 19130-6030
db             +Paul C. Hopkins,    3149 Gilham Street,    Philadelphia, PA 19149-3125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2017 at the address(es) listed below:
```
          BRAD J. SADEK    on behalf of Debtor Paul C. Hopkins brad@sadeklaw.com
          MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. tshariff@schillerknapp.com,
           ahight@schillerknapp.com;kcollins@schillerknapp.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
       TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Paul C. Hopkins | : | Chapter 7 |
| | : | |
| Debtor (s) | : | Case No.: 17-16501-JKF |

## ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

AND NOW, this __13th__ day of __November__, 2017 upon consideration of the Motion of Paul C. Hopkins to Avoid Judicial Lien, it is hereby;

ORDERED and DECREED that the Judicial Lien held in favor of American Express Centurion Bank, on Debtor's real property located at 3149 Gilham Street Philadelphia, PA 19149, is VOIDED upon DISCHARGE.

~~FURTHER ORDERED~~:

_Judge Jean K. FitzSimon_