United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-16501-jkf
Paul C. Hopkins                                                 Chapter 7
Paul C. Hopkins
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: admin              Page 1 of 2            Date Rcvd: Jan 05, 2018
                              Form ID: 318             Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2018.
```
db            +Paul C. Hopkins,    MAILING ADDRESS:,    PO BOX 56030,    Philadelphia, PA 19130-6030
db            +Paul C. Hopkins,    3149 Gilham Street,    Philadelphia, PA 19149-3125
13990592      +Attn: Exeter Finance LLC Dept,    c/o Alka Tawar,    Ascension Capital Group,    P.O. Box 165028,
               Irving, TX 75016-5028
13988418      +Citibank,    Po Box 790040,    Saint Louis, MO 63179-0040
13988420      +Executive Credit Manag,    4 Waterloo Rd,    Stanhope, NJ 07874-2653
13988421      +First Data,    5565 Glenridge,    Connector NE Ste 2000,    Atlanta, GA 30342-1335
13988423       Jordan W. Felzer, Esquire,    435 Devon Park Drive,    Suite 500,    Southeastern, PA 19399
13988426     ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
               COLUMBUS OH 43215-2410
              (address filed with court: Nationwide Bank,    1 Nationwide Plz,    Columbus, OH 43215)
13988425      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
               Coppell, TX 75019-4620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             EDI: BTPDERSHAW.COM Jan 06 2018 01:03:00    TERRY P. DERSHAW,    Dershaw Law Offices,
               P.O. Box 556,    Warminster, PA  18974-0632
smg            E-mail/Text: bankruptcy@phila.gov Jan 06 2018 01:12:01      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 06 2018 01:11:51     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13988414      +EDI: AMEREXPR.COM Jan 06 2018 01:03:00      Amex,    Correspondence,    Po Box 981540,
               El Paso, TX 79998-1540
13988416       EDI: BANKAMER.COM Jan 06 2018 01:03:00      Bank Of America,    Po Box 982238,
               El Paso, TX 79998
13988417      +EDI: CHASE.COM Jan 06 2018 01:03:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13988419      +EDI: DISCOVER.COM Jan 06 2018 01:03:00      Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
13988422      +EDI: IRS.COM Jan 06 2018 01:03:00      Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
13988424      +EDI: CBSKOHLS.COM Jan 06 2018 01:03:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
               Milwaukee, WI 53201-3043
13988785      +EDI: PRA.COM Jan 06 2018 01:03:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14011607       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 06 2018 01:11:34
               Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
               Harrisburg PA 17128-0946
13988427      +EDI: SECONDROUND.COM Jan 06 2018 01:03:00      Second Round, LP,    Po Box 41955,
               Austin, TX 78704-0033
13988428       EDI: TDBANKNORTH.COM Jan 06 2018 01:03:00      Td Banknorth,    Attn: Bankruptcy,    Po Box 1190,
               Lewston, ME 04243
                                                                                              TOTAL: 13
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
13988415*     +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: admin                Page 2 of 2                Date Rcvd: Jan 05, 2018
                                  Form ID: 318               Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Paul C. Hopkins brad@sadeklaw.com,  bradsadek@gmail.com
              MARTIN A. MOONEY    on behalf of Creditor   TD BANK, N.A. tshariff@schillerknapp.com,
               ahight@schillerknapp.com;kcollins@schillerknapp.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Paul C. Hopkins** | Social Security number or ITIN  **xxx–xx–6774** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Paul C. Hopkins** | Social Security number or ITIN  **xxx–xx–6774** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **17–16501–jkf**

# Order of Discharge        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paul C. Hopkins                    Paul C. Hopkins

1/4/18                    **By the court:**  <u>Jean K. FitzSimon</u>
                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**