United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Paul C. Hopkins  
Paul C. Hopkins  
    Debtors

Case No. 17-16501-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD        Page 1 of 1        Date Rcvd: Jan 09, 2018  
                              Form ID: 195        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2018.  
db        +Paul C. Hopkins,   MAILING ADDRESS:,   PO BOX 56030,   Philadelphia, PA 19130-6030  
db        +Paul C. Hopkins,   3149 Gilham Street,   Philadelphia, PA 19149-3125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2018 at the address(es) listed below:  
        BRAD J. SADEK   on behalf of Debtor Paul C. Hopkins brad@sadeklaw.com, bradsadek@gmail.com  
        MARTIN A. MOONEY   on behalf of Creditor   TD BANK, N.A. tshariff@schillerknapp.com, ahight@schillerknapp.com;kcollins@schillerknapp.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
        TERRY P. DERSHAW   td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Paul C. Hopkins                                              : Case No. 17−16501−jkf
       Debtor(s)

***ORDER***
_____

    AND NOW, this day , 9th of January, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

26
Form 195